O

CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER DEMETRIUS FRANK | ) | Case No. [CV 09-05202 DDP] |
| | ) | CR 01-00907 RMT ✓ |
| Petitioner, | ) | |
| v. | ) | **ORDER DENYING CERTIFICATE OF** |
| | ) | **APPEALABILITY** |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Respondent. | ) | [Dkt. Nos. 368,379,381,383 388] |
| _____ | ) | |

For the reasons stated in the court's Order Denying Motion to Vacate/Set Aside/Correct Sentence (Dkt. No. 29) and Order Denying Petitioner's Motion for Reconsideration (Dkt. No. 45), the court concludes that reasonable jurists could not disagree with the court's determination of Petitioner's constitutional claims. See Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). Petitioner, therefore, has not made a substantial showing of the denial of a constitutional right. Id. Accordingly, the court DECLINES to issue a certificate of appealability. 28 U.S.C. § 2253(c)(2). IT IS SO ORDERED.

Dated: March 1, 2013

DEAN D. PREGERSON
United States District Judge